UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:11-cr-250-GMN-CWH |
| PHILLIP BERRY, | ) ) | |
| Defendant. | ) ) | **ORDER** |

The Court granted Gary L. Myers' "Motion to Withdraw as Attorney of Record" (#38) on December 30, 2011, and ordered new counsel (#39). Therefore;

IT IS HEREBY ORDERED that James B. Hartsell, Esq. is appointed as counsel for Phillip Berry in place of Gary L. Myers, Esq.

IT IS FURTHER ORDERED that Mr. Myers shall forward the file to Mr. Hartsell forthwith.

DATED this 5th day of January, 2012.

NUNC PRO TUNC: January 4, 2012.

_____
GLORIA M. NAVARRO
United States District Judge